JOHN BALLARD, 84650-012
FCI Butner Med I
PO Box 1000
Butner, NC  27509-1000
RESPONDENT Pro Se

FILED

JUL 2 8 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY ___KK___ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Petitioner, | No. 5:10-hc- 02155 |
| v. | MOTION FOR ADDITIONAL EXAMINER PURSUANT TO 18 USC 4247(b) |
| JOHN MARVIN BALLARD, Respondent. | |

Pursuant to 18 USC 4247(b), respondent respectfully requests that an additional examiner be appointed to conduct an independent psychological or psychiatric examination in the above-entitled matter.


Dated: July 24, 2010

Respectfully submitted,
John Ballard
John Ballard,
Respondent Pro Se

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that on July 26, 2010, he served a copy of the attached :

## MOTION FOR ADDITIONAL EXAMINER PURSUANT TO 18 USC 4247 (6)

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by giving said envelope and contents to the Mail Room at FCI Butner Med I in North Carolina for the United States Mail :

Addressee:

Michael Lockridge
US Attorney's Office
310 New Bern Ave., #800
Raleigh, NC 27601-1461

John Ballard

John Ballard,
Respondent Pro Se