IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-HC-2155-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN MARVIN BALLARD, | ) | |
| Register Number 84650-012, | ) | |
| | ) | |
| Respondent. | ) | |

At the request of the Director of the Bureau of Prisons, the government has filed a Certification of a Sexually Dangerous Person pursuant to 18 U.S.C. § 4248, in order for this court to hold a hearing to determine whether the respondent is a sexually dangerous person as defined by 18 U.S.C. § 4247(a)(5). Pursuant to the court's Standing Order on Procedures for Commitments under 18 U.S.C. § 4248, 10-SO-01 (Aug. 4, 2010), the Federal Public Defender is DIRECTED to provide representation in this action. 10-SO-01, ¶ 2. Counsel for the respondent is DIRECTED to enter a notice of appearance within five days of the date of this order. Counsel for the respondent is DIRECTED to file any motions to dismiss, for transfer of venue, or for a hearing, within fourteen days of entering a notice of appearance. Id. ¶ 3(a)–(b).

Ballard has filed several pro se motions, [D.E. 2–3, 7], which are DENIED WITHOUT PREJUDICE subject to being refiled as appropriate upon consultation with his appointed counsel.

SO ORDERED. This 25 day of October 2010.

JAMES C. DEVER III
United States District Judge