August 11, 2011          RE: US v. Ballard, No. 5:10-HC-2155-D

Clerk                                    **FILED**
US District Court
310 New Bern Ave.                        AUG 15 2011
Raleigh, NC 27601                        DENNIS P. IAVARONE, CLERK
                                         US DISTRICT COURT, EDNC
                                         BY _____ DEP CLK

Dear Clerk:

Attached, please find a copy of the outside of the compact disc which was provided to my attorney which allegedly contains the Government's initial disclosures in the above-referenced matter.

Please make note that the disc contains the wrong name. My name is John Ballard. Additionally, the Government designated 1461 pages as "Attorney Eyes Only" which precludes me from assisting with my defense. Therefore, I'd like for the Court to take note that the United States failed to comply with full disclosure of their Initial Disclosures in this matter since the disc references the wrong name and they are withholding 1461 pages of information. Because evidence has been manufactured and some Bureau of Prisons staff members have stolen confidential legal research, information, confidential attorney/client records, and sealed records from a California state court, I must be able to review all records.

Thank you for your understanding.

                                 Sincerely,

                                 John Ballard
                                 John Ballard, 84650-012
                                 Butner CTP
                                 PO Box 1000
                                 Butner, NC 27509-1000
                                 RESPONDENT

ENCLOSURE: Photocopy of compact disc with wrong name.